**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Shannon M. Abel,** | ) | **CASE NO. 03 CV 524** |
| **individually and on behalf of those** | ) | |
| **similarly situated, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **Keybank, U.S.A., N.A., et al.,** | ) | **Judgment Entry** |
| | ) | |
| **Defendants.** | ) | |

This Court, having granted Plaintiffs' Motion for an Award of Attorneys' Fees (Doc. 104), hereby enters judgment in favor of plaintiffs and against defendants.

IT IS SO ORDERED.

/s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
United States District Judge

Dated: 9/12/05

1